UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| Melea Tennelle Clonts, | : |
| | : CHAPTER 7 CASE NO. 20-72120 - JWC |
| Debtor, | : |
| | : |
| _____ | : |
| | : |
| Melea Tennelle Clonts, | : |
| | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| Cobb Hospital & | : |
| S. Gregory Hays as Chapter 7 Trustee, | : |
| | : |
| Respondents. | : |

**MOTION TO AVOID JUDICIAL LIEN**

COMES NOW, Melea Tennelle Clonts, and through counsel moves for an order avoiding a lien held by Respondant pursuant to 11 U.S.C. Section 522(f)s: and alleges the following:

1.

Respondent obtained a judgment against the Debtor on or about September 15, 2011, case number 11-A-74, in the State Court of Cobb County, Georgia and the amount of the judgment lien on the Petition Date was $874.00.

2.

Pursuant to 11 U.S.C. §522 and O.C.G.A. 44-13-100, Debtor properly claimed as exempt on Schedule C, including all allowed amendments to Schedule C, the following property: Real

Property located at 1009 Pinetree Ct., Poweder Springs, GA 30127; Electronics, Household Goods and Furnishings; Clothing and Shoes; Jewelry and Watches; Cash on Hand; Checking Account with Chime Bank; and 401(k) Retirement Account (See Exhibit A).

3.

The value of each claimed exemption in the above-listed property, as shown on schedule C, is equal to or greater than the market value of that property, as accurately reflected in Schedules A and B.

4.

Debtor also owns a 2016 Nissan Altima, which has a value of $6,925.00 and is subject to a purchase money lien of $15,375.00 leaving -$8,450.00 in equity, an amount equal to or less than the claimed exemption. Debtors are not attempting to avoid Respondent's lien against the vehicle because debtors assert that, under Georgia Law, Respondent's Fi.Fa. does not attach to the vehicle - an issue which properly will be decided through the claims allowance process.

**WHEREFORE**, Debtor is entitled to entry of an Order avoiding Respondent's lien against the exempt property as set forth above.

Respectfully submitted,

**KING & KING LAW LLC**

/s/*Simone Graff*
Simone Graff, Attorney for Debtor
GA Bar #435985
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

# EXHIBIT A

Case 20-72120-jwc    Doc 21    Filed 02/08/21    Entered 02/08/21 12:16:15    Desc Main
Document      Page 3 of 8

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Melea Tennelle Clonts |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 20-72120 |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 1009 Pinetree Ct Powder Springs, GA 30127  Cobb County<br>Line from *Schedule A/B*: 1.1 | $179,372.00 | ■ $6,990.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(1) |
| 2016 Nissan Altima 127,000 miles Vehicle<br>Line from *Schedule A/B*: 3.1 | $6,925.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| Electronics, Household Goods, and Furnishings<br>Line from *Schedule A/B*: 6.1 | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Clothing and Shoes<br>Line from *Schedule A/B*: 11.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Jewelry and Watches<br>Line from *Schedule A/B*: 12.1 | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |

| Debtor 1 | Melea Tennelle Clonts | | Case number (if known) | 20-72120 |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Cash on Hand<br>Line from Schedule A/B: 16.1 | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Checking: Account with Chime Bank<br>Line from Schedule A/B: 17.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| 401(k): Retirement Account<br>Line from Schedule A/B: 21.1 | $25,000.00 | ■ $25,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2.1)(C) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | |
| Melea Tennelle Clonts, : | |
| : | CHAPTER 7 CASE NO. 20-72120 - JWC |
| Debtor, : | |
| : | |
| _____ : | |
| : | |
| Melea Tennelle Clonts, : | |
| : | |
| Movant, : | |
| : | |
| vs. : | |
| : | |
| Cobb Hospital  & : | |
| S. Gregory Hays as Chapter 7 Trustee, : | |
| : | |
| Respondents. : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID
JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that, on February 8, 2021, a Motion to Avoid Judicial Lien on Exempt Property pursuant to 11 U.S.C. § 522(f) was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b), Respondent must file a response to the Motion within 21 days after service, and serve a copy of said response upon Movant.  If no response is timely filed and served, the Motion will be deemed unopposed and the Bankruptcy Court may enter an order granting the relief sought.

Dated: February 8, 2021                                                **KING & KING LAW LLC**

By: _/s/*Simone Graff*_____
Simone Graff, Attorney for Debtor
GA Bar #435985
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400 / notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| Melea Tennelle Clonts, | : |
| | : CHAPTER 7 CASE NO. 20-72120 - JWC |
| Debtor, | : |
| | : |
| _____ | : |
| | : |
| Melea Tennelle Clonts, | : |
| | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| Cobb Hospital & | : |
| S. Gregory Hays as Chapter 7 Trustee, | : |
| | : |
| Respondents. | : |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on February 8, 2021, I served a copy of the Motion to Avoid Judicial Lien on Exempt Property, together with the Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

S. Gregory Hays, Chapter 7 Trustee
3343 Peachtree Road, Suite 200
Atlanta, GA 30326-1420

Melea Tennelle Clonts
1009 Pinetree Ct
Powder Springs, GA 30127

Cobb Hospital
PO Box 406149
Atlanta, GA 30384

Cobb Hospital
c/o Leo E. Reichert, Registered Agent
793 Sawyer Road
Marietta, GA 30062

**KING & KING LAW LLC**

By: _/s/*Simone Graff*_____
Simone Graff, Attorney for Debtor
GA Bar #435985
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com