UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| Melea Tennelle Clonts, | : |
| | : CHAPTER 7 CASE NO. 20-72120 - JWC |
| Debtor, | : |
| | : |
| _____ | : |
| | : |
| Melea Tennelle Clonts, | : |
| | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| Lendmark Financial Services & | : |
| S. Gregory Hays as Chapter 7 Trustee, | : |
| | : |
| Respondents. | : |

**MOTION TO AVOID JUDICIAL LIEN**

COMES NOW, Melea Tennelle Clonts, and through counsel moves for an order avoiding a lien held by Respondant purusant to 11 U.S.C. Section 522(f)s: and alleges the following:

1.

Debtor files this Motion to avoid a nonpossessory, nonpurchase-money security interest in Debtor's household goods which was obtained on or around August 12, 2020, when Debtor pledged said goods as collateral for a loan from Respondent, and the amount remaining on said lien Debtor estimates at $3,310.00.

2.

Pursuant to 11 U.S.C. §522 and O.C.G.A. 44-13-100, Debtor properly claimed as exempt

on Schedule C, including all allowed amendments to Schedule C, all electronics, houshold goods and Funishings (See Exhibit A).

3.

The value of each claimed exemption in the above-listed property, as shown on schedule C, is equal to or greater than the market value of that property, as accurately reflected in Schedules A and B.

**WHEREFORE**, Debtor is entitled to entry of an Order avoiding Respondent's lien against the exempt property as set forth above.

Respectfully submitted,

**KING & KING LAW LLC**

/s/ *Simone Graff*
Simone Graff, Attorney for Debtor
GA Bar #435985
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

**EXHIBIT A**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Melea Tennelle Clonts | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | |
| Case number (if known) | 20-72120 | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 1009 Pinetree Ct Powder Springs, GA 30127  Cobb County<br>Line from *Schedule A/B*: 1.1 | $179,372.00 | ■ $6,990.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(1) |
| 2016 Nissan Altima 127,000 miles Vehicle<br>Line from *Schedule A/B*: 3.1 | $6,925.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| Electronics, Household Goods, and Furnishings<br>Line from *Schedule A/B*: 6.1 | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Clothing and Shoes<br>Line from *Schedule A/B*: 11.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Jewelry and Watches<br>Line from *Schedule A/B*: 12.1 | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |

| Debtor 1 | Melea Tennelle Clonts | | Case number (if known) | 20-72120 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Cash on Hand<br>Line from Schedule A/B: 16.1 | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Checking: Account with Chime Bank<br>Line from Schedule A/B: 17.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| 401(k): Retirement Account<br>Line from Schedule A/B: 21.1 | $25,000.00 | ■ $25,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2.1)(C) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 2 of 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : <br> : <br> Melea Tennelle Clonts, : <br> : CHAPTER 7 CASE NO. 20-72120 - JWC <br> Debtor, : <br> : <br> _____ : <br> : <br> Melea Tennelle Clonts, : <br> : <br> Movant, : <br> : <br> vs. : <br> : <br> Lendmark Financial Services & : <br> S. Gregory Hays as Chapter 7 Trustee, : <br> : <br> Respondents. : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID
JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that, on February 8, 2021, a Motion to Avoid Lien on Exempt Property pursuant to 11 U.S.C. § 522(f) was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b), Respondent must file a response to the Motion within 21 days after service, and serve a copy of said response upon Movant. If no response is timely filed and served, the Motion will be deemed unopposed and the Bankruptcy Court may enter an order granting the relief sought.

Dated: February 8, 2021                                  **KING & KING LAW LLC**

By: _/s/*Simone Graff*_____
Simone Graff, Attorney for Debtor
GA Bar #435985
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400 / notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| Melea Tennelle Clonts, | : |
| | : CHAPTER 7 CASE NO. 20-72120 - JWC |
| Debtor, | : |
| | : |
| _____ | : |
| | : |
| Melea Tennelle Clonts, | : |
| | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| Lendmark Financial Services & | : |
| S. Gregory Hays as Chapter 7 Trustee, | : |
| | : |
| Respondents. | : |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on February 8, 2021, I served a copy of the Motion to Avoid Judicial Lien on Exempt Property, together with the Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

S. Gregory Hays, Chapter 7 Trustee
3343 Peachtree Road, Suite 200
Atlanta, GA 30326-1420

Melea Tennelle Clonts
1009 Pinetree Ct
Powder Springs, GA 30127

Lendmark Financial Services
3218 HIGHWAY 5
DOUGLASVILLE, GA 30135

Lendmark Financial Services
c/o C T Corporation System, Registered Agent
289 S Culver Street
Lawrenceville, GA 30046

Lendmark Financial Services
1735 North Brown Road
Suite 300
Lawrenceville, GA 30043

                                      **KING & KING LAW LLC**

                                      By: _/s/*Simone Graff*_____
                                      Simone Graff, Attorney for Debtor
                                      GA Bar #435985
                                      215 Pryor Street
                                      Atlanta, GA 30303
                                      (404) 524-6400
                                      notices@kingkingllc.com