# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 20-72120-JWC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | CLONTS, MELEA TENNELLE | Date Filed (f) or Converted (c): | 11/27/2020 (f) |
| | | § 341(a) Meeting Date: | 01/05/2021 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 04/07/2021 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1009 Pinetree Ct, Powder Springs, GA 30127-0000, Cobb County  Notice of abandonment, Dkt # 35. | 179,372.00 | 0.00 | OA | 0.00 | 186,000.00 |
| 2 | 2016 Nissan Altima, 127,000 miles  Notice of Abandonment filed on 1/6/21, Dkt # 15. | 6,925.00 | 0.00 | OA | 0.00 | FA |
| 3 | Electronics, Household Goods, and Furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing and Shoes | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry and Watches | 10.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 5.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Account with Chime Bank | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 401(k): Retirement Account | 25,000.00 | 0.00 | | 0.00 | FA |
| 9 | Interest in Undeveloped Real Property in Paulding County (1/54 interest) (u) | 1.00 | 1.00 | | 0.00 | 1.00 |
| 9 | Assets  Totals  (Excluding unknown values) | $211,813.00 | $1.00 | | $0.00 | $186,001.00 |

**Major Activities Affecting Case Closing:**

3/31/2021 - Trustee has reached out to the other owners of the undeveloped real property in Paulding County (1/54 interest).

6/30/2021 - Trustee to follow up with other owners of interest in Paulding County property.

7/27/2021 - Notice of Abandonment of primary residence filed.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2022 | **Current Projected Date Of Final Report (TFR):** | 12/31/2022 |
|---|---|---|---|

07/30/2021  
Date

/s/S. Gregory Hays  
S. Gregory Hays